UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _
DATE FILED: 4/6/10
```

LINDA ANTONELLI,

    Plaintiff,

-v-

FORBES MEDIA, LLC., *et al.*,

    Defendants.

No. 09 Civ. 6114 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

  IT IS HEREBY ORDERED that the parties appear for a status conference on Wednesday, April 21, 2010 at 11:30 a.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:  April 5, 2010
     New York, New York

                RICHARD J. SULLIVAN
                UNITED STATES DISTRICT JUDGE